UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MARIA DE LA PAZ, :
*On behalf of herself and all others similarly* :
*situated* :
: 22-CV-7620 (VSB)
Plaintiffs, :
: ORDER
-against- :
:
JSP Life Agency Inc. :
d/b/a JSP Home Care Services :
:
Defendants. :
X
--------------------------------------------------------

<u>VERNON S. BRODERICK</u>, United States District Judge:

     Plaintiffs filed this action on September 7, 2022, (Doc. 1). Plaintiffs did not serve Defendants within 90 days as proscribed by Rule 4(m) of the Federal Rules of Civil Procedure. On December 8, 2022, I ordered Plaintiffs to submit a letter by December 16, 2022 demonstrating good cause as to why this case should not be dismissed pursuant to Rule 4(m). (Doc. 5.) Plaintiffs submitted a letter citing "office failure" and personal issues, and requested a 45-day extension to serve Defendants. (Doc. 6.) On December 19, I denied the request for a 45-day extension, and instead granted a 30-day extension, making the deadline to serve January 6, 2023. I warned that failure to do so risked dismissal pursuant to Rule 4(m). (*See,* Doc. 7.) To date, Plaintiffs have not served Defendant, nor taken any further action to further prosecute their case. Accordingly, Plaintiffs' claims are dismissed without prejudice pursuant to Rule 4(m). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:   January 10, 2023
          New York, New York

                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge